DANIEL G. BOGDEN
United States Attorney

CHRISTINA M. BROWN
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6020

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY COCHRAN,<br><br>Defendant. | CRIMINAL INFORMATION<br><br>No. 2:13-CR-229-GMN-PAL<br><br>VIOLATION:<br><br>18 U.S.C. § 2315 - Possession, Sale and Disposal of Stolen Goods |

**THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:**

### COUNT ONE

On or about December 15, 2011, in the State and Federal District of Nevada, the defendant,

**JEFFREY COCHRAN,**

defendant herein, did possess, conceal, store, sell and dispose of certain stolen goods and merchandise, that is a Tag Heuer™ watch and gold ring, of a value of $5,000 or more, which had crossed a state boundary after being stolen, to wit, said Tag Heuer™ watch and gold ring being stolen on December 9, 2011, in Scottsdale, Arizona, and subsequently brought into the state of Nevada, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2315.

## COUNT TWO

On or about February 3, 2012, in the State and Federal District of Nevada, the defendant,

**JEFFREY COCHRAN,**

defendant herein, did possess, conceal, store, sell and dispose of certain stolen goods and merchandise, that is Rolex™ watches, of a value of $5,000 or more, which had crossed a state boundary after being stolen, to wit, said Rolex™ watches being stolen on February 2, 2012, in Scottsdale, Arizona, and subsequently brought into the state of Nevada, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2315.

## FORFEITURE ALLEGATION

### Possession, Sale and Disposal of Stolen Goods

1. The allegations contained in Counts One and Two of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any felony offense charged in Counts One or Two of this Criminal Information,

**JEFFREY COCHRAN,**

defendant herein, shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 2315, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offenses, an *in personam* criminal forfeiture money judgment of $300,895 in United States Currency.

3. If any property being subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendant for the *in personam* criminal forfeiture money judgment of $300,895 in United States Currency.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2315, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7) and 1961(1)(B); and Title 21, United States Code, Section 853(p).

**Dated**: this _____ day of June, 2013.

DANIEL G. BOGDEN  
United States Attorney

/s/  
CHRISTINA M. BROWN  
Assistant United States Attorney