

**FILED**

NOV 2? 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.      2:13-CR-229-JAD-(PAL)

JEFFREY COCHRAN,

    Defendant.

## ORDER OF FORFEITURE

This Court found on July 8, 2013, that JEFFREY COCHRAN shall pay a criminal forfeiture money judgment of $300,895 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). Information, ECF No. 3; Plea Agreement, ECF No. 5; Order of Forfeiture, ECF No. 6; Change of Plea, ECF No. 8.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JEFFREY COCHRAN a criminal forfeiture money judgment in the amount of $300,895 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 25th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE